# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MERCER GLOBAL ADVISORS INC.,

     Plaintiff,

v.

KEVIN LAMAR RAINWATER and
BLUECHIP WEALTH ADVISORS, LLC

     Defendants.

Civil Action No.
1:23-CV-04964-SEG

## PLAINTIFF MERCER GLOBAL ADVISORS INC.'S MOTION TO PERMIT COURTHOUSE ENTRY OF ELECTRONICS

A status conference in the above-captioned matter is set to be held on June 3, 2026 at the Richard B. Russell Federal Building and United States Courthouse located at 75 Ted Turner Drive, SW, Atlanta, GA 30303.  Mercer respectfully requests that the Court permit its attorneys of record to bring their personal cell phones and laptops into the courthouse for the scheduled hearing on June 3, 2026 for the following attorneys: Alan Shane Nichols and Jodi Benassi.

A proposed form of order is attached as Exhibit A.

1

Respectfully submitted, this 29th day of May 2026.

**MCDERMOTT WILL & SCHULTE LLP**

By: */s/ Shane Nichols*
A. Shane Nichols
(Georgia Bar No. 542654)
1180 Peachtree Street NE, Suite 3350
Atlanta, GA 30309
Tel: 404-260-8553
Fax: 404-393-5260
ShaneNichols@mcdermottlaw.com

Jodi Benassi
(admitted *pro hac vice*)
415 Mission St., Ste. 5600
San Francisco, CA 94105
Tel: 628-218-3800
Fax: 628-877-0107
jbenassi@mcdermottlaw.com

*Attorneys for Mercer Global Advisors Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1 and 7.1(D), the undersigned counsel certifies that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

May 29, 2026

*/s/ Shane Nichols*
A. Shane Nichols
Georgia Bar No. 542654

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 29, 2026, I electronically filed the PLAINTIFF MERCER GLOBAL ADVISORS INC.'S MOTION TO PERMIT COURTHOUSE ENTRY OF ELECTRONICS in the Court's electronic case files ("ECF") system, thereby automatically serving all counsel of record.

May 29, 2026

> */s/ Shane Nichols*
> A. Shane Nichols
> Georgia Bar No. 542654