# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-04964-SEG
### Mercer Global Advisors Inc. v. Rainwater
### Honorable Sarah E. Geraghty

---

Minute Sheet for proceedings held In Chambers on 06/03/2026.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 3:34 P.M.          COURT REPORTER: Melissa Brock
TIME IN COURT: 01:34                     DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | Alan Nichols representing Mercer Global Advisors Inc.<br>Brenton Bean representing Kevin Lamar Rainwater<br>James David Hughes representing Kevin Lamar Rainwater<br>Scott W. McMickle representing BlueChip Wealth Advisors, LLC |
| PROCEEDING CATEGORY: | Status Conference (Non-evidentiary) |
| MINUTE TEXT: | The Court held a conference with the parties concerning discovery-related motions.  (Doc. 160, 168, 196, 210.)  The Court granted Plaintiff's motion to withdraw admissions (Doc. 210) and noted that an order on the same is forthcoming.  The Court will not deem waived Mercer's objections to BlueChip's requests for admission ("RFA").  However, BlueChip may take Mercer's 30(b)(6) deposition in connection with the RFAs.  The deposition is limited in scope to Mercer's RFA responses and limited in time to not more than 2 hours.  Given the Court's ruling, BlueChip indicated that it intends to withdraw (without prejudice to refiling) its pending motion for summary judgment (Doc. 199).<br><br>After hearing from the parties, the Court denied Plaintiff's motion to compel a forensic examination (Doc. 168) for the reasons stated on the record.  The Court, however, noted that it would be open to an alternative remedy to address the concerns raised in Plaintiff's motion.  The parties were directed to confer on a resolution and to advise the Court as to whether they can agree on the same.<br><br>The Court had a brief discussion with the parties concerning the discovery-related motions involving Mr. Rainwater.  (Doc. 160, 196.)  The Court indicated that it would conduct an in-camera review of the |

"Spoliation Text" at issue in Mr. Rainwater's motion for the destruction of documents. (Doc. 160.) The parties stated that they have resolved certain matters at issue in the motion to compel. (Doc. 196.) The Court directed Plaintiff and Mr. Rainwater to file a joint notice apprising the Court of any matters within Docs. 160 and 196 that have been agreed to between the parties and no longer require resolution by the Court.

HEARING STATUS:    Hearing Concluded