**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| MERCER GLOBAL ADVISORS INC., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN LAMAR RAINWATER, and BLUECHIP WEALTH ADVISORS, LLC <br><br> Defendants. | Civil Action No. 23-CV-04964-SEG |

**DECLARATION OF ALAN SHANE NICHOLS IN SUPPORT OF MERCER GLOBAL ADVISORS INC.'S PROPOSAL TO ENSURE DEFENDANT BLUECHIP WEALTH ADVISORS, LLC'S COMPLIANCE WITH ITS ELECTRONIC DISCOVERY OBLIGATIONS**

I, Alan Shane Nichols, hereby declare and state as follows:

1. I am a partner in the law firm McDermott Will & Emery LLP and represent Plaintiff Mercer Global Advisors Inc. ("Mercer") in the above-captioned matter.

2. I am a citizen of the United States and over the age of 21. I have personal knowledge of the facts in this Declaration and know them to be true and correct.

3. I submit this declaration in support of Mercer's Proposal to Ensure Defendant BlueChip Wealth Advisors, LLC's Compliance with Its Electronic Discovery Obligations. If called as a witness, I could and would testify completely

1

to the matters discussed below.

4.      Attached hereto as **Exhibit 1** is the ESI Proposal that counsel for Mercer sent to BlueChip Wealth Advisor, LLC's ("BlueChip") counsel on June 8, 2026.

5.      Attached hereto as **Exhibit 2** is proposed list of search terms that Mercer sent to BlueChip's counsel on June 8, 2026.

6.      On June 10, 2026, counsel for Mercer met and conferred with counsel for BlueChip to discuss Mercer's ESI Proposal and Mercer's proposed list of search terms.  BlueChip did not provide Mercer with an ESI proposal or a counterproposal to Mercer's ESI Proposal, prior to the meet and confer.  The parties were unable to reach an agreement as to the procedures necessary to ensure the collection and production of BlueChip's responsive ESI.  During the June 10, 2026 meet and confer, counsel for BlueChip declined Mercer's invitation to submit a joint ESI proposal.

7.      Attached hereto as **Exhibit 3** is a true and correct copy of an email I received from BlueChip's counsel on June 10, 2026.

8.      Attached hereto as **Exhibit 4** are Mercer's proposed search terms, as revised to accommodate some of BlueChip's concerns stated during the June 10, 2026 meet and confer.

I declare under penalty of perjury that the foregoing is true and correct to the

2

best of my knowledge.

Dated: June 10, 2026.

/s/ *A. Shane Nichols*
A. Shane Nichols