# EXHIBIT 1

**MERCER PROPOSED NEUTRAL ESI COLLECTION AND SEARCH PROTOCOL**

**Case Name:** *Mercer Global Advisors Inc. v. Kevin Lamar Rainwater et al.*
**Case Number:** 1:23-CV-4694-SEG (N.D. Ga.)
**Producing Party:** BlueChip Wealth Advisors, LLC

**Purpose:** To facilitate the efficient, neutral, and proportional collection of responsive electronically stored information ("ESI"), Mercer proposes that Epiq Global, Inc. ("Epiq"), acting as an independent third-party vendor, perform the collection, processing, and search of BlueChip's data sources for information responsive to Mercer's discovery requests.

**Scope of Collection**

Epiq shall collect data from the following business data sources maintained by BlueChip:

- Microsoft Outlook / Microsoft 365 email accounts of agreed custodians;
- BlueChip cloud-based document repositories, including Box;
- BlueChip CRM systems, including Advyzon and any legacy Redtail data maintained in the ordinary course of business;
- BlueChip accounting and financial reporting systems;
- Any BlueChip-issued computers used by agreed custodians during the relevant period.

Personal devices, personal email accounts, and non-business repositories shall not be subject to collection, except for the following:

- Marcus Ashworth text messages and personal email account for communications with Kevin Rainwater;
- Jessica Vickery text messages and personal email account for communications with Kevin Rainwater; and
- Vanessa Patterson text messages and personal email account for communications with Kevin Rainwater.

**Search Terms**

- Search terms are attached as Exhibit 1.

**Custodians**

- Marcus Ashworth
- Jessica Vickery
- Kevin Rainwater
- Vanessa Patterson

**Date Range**

- January 2023 – August 2025.

1

**Collection Methodology**

1. Epiq shall collect documents contained in the identified repositories.
2. Collections shall be limited to data reasonably accessible within the agreed date range and/or relevant custodians.
3. Epiq shall maintain chain-of-custody documentation for all collected data.
4. Collection activities shall be conducted in a manner that minimizes disruption to BlueChip's ongoing business operations.

**Search and Review Process**

1. Search terms shall be agreed to by the parties.
2. Following data collection, Epiq shall process the data and apply the agreed search terms, date restrictions, and custodian limitations.
3. Documents satisfying the agreed search terms shall be made available to BlueChip's counsel for privilege and privacy review prior to production. BlueChip shall have 10 days to complete its review and provide a privilege and privacy log to Mercer.
4. Epiq shall provide the non-privileged documents to the parties in a Relativity database.

**Deleted Data and Forensic Recovery**

**Confidentiality and Data Security**

All data collected by Epiq shall be maintained securely and treated as Confidential or Attorneys' Eyes Only, pursuant to the Protective Order. Epiq shall not disclose collected information except as necessary to carry out this Protocol.

**Fees and Reimbursement**

Mercer shall advance the reasonable fees and costs charged by Epiq in connection with the collection, processing, hosting, and search of electronically stored information pursuant to this Protocol.  BlueChip shall cooperate with Epiq's collection efforts.  If BlueChip causes Epiq's collection efforts to be unreasonably delayed or difficult, BlueChip shall be responsible for any resulting additional fees incurred.

Mercer's position is that BlueChip should have taken the steps defined in this Protocol, at its own expense, months ago.  Nothing in this Protocol shall prejudice Mercer's right to seek cost-shifting, reimbursement, sanctions, or other relief from the Court. Mercer reserves the right to seek reimbursement of all or part of the Epiq-related costs and expenses from BlueChip based on the results of the collection, the adequacy of BlueChip's prior discovery efforts, or any subsequent order of the Court.

Mercer's advancing the costs is solely for purposes of facilitating an efficient and timely collection process and shall not constitute an admission regarding responsibility for such costs or any issue in dispute in this litigation.

**Cooperation and Transparency**

The parties shall cooperate in good faith regarding technical collection issues. Epiq may provide status reports, collection logs, and search metrics sufficient to demonstrate the completeness of the collection process without disclosing privileged information.

This protocol is intended to provide a neutral, efficient, and proportionate mechanism for collecting and producing potentially responsive ESI while excluding privilegedinformation.