IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MERCER GLOBAL ADVISORS INC.,

    Plaintiff,

v.

KEVIN LAMAR RAINWATER and
BLUECHIP WEALTH ADVISORS, LLC,

    Defendants.

CIVIL ACTION
FILE NO.:  23-CV-04964-SEG

**DEFENDANT BLUECHIP WEALTH ADVISORS, LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR TRANSCRIPT REDACTION**

COMES NOW, Defendant BLUECHIP WEALTH ADVISORS, LLC ("BlueChip"), by and through the undersigned counsel, and responds to Plaintiff's Motion for Transcript Redaction of Proceedings Held on September 5, 2025 (Doc. 234).

BlueChip does not object to the September 5, 2025 transcript being redacted in the form proposed by Mercer. However, BlueChip does take issue with and object to the express, or at least strongly implied, premise of Mercer's motion, which is that the names of the clients or former clients that are referenced therein are its trade secrets or otherwise somehow belong to Mercer.  Despite its non-objection to the redactions themselves, BlueChip is, unfortunately, compelled to file this response to avoid the risk that Mercer will attempt to improperly seize upon any lack of response

on this issue as some sort of waiver by BlueChip, as it has previously attempted to do.

In any event, Mercer's position is not supported by the facts or the law. See, e.g., Holland Ins. Grp., LLC v. Senior Life Ins. Co., 329 Ga. App. 834, 838-39, 766 S.E.2d 187, 192 (2014), in which the Georgia Court of Appeals held as follows:

> Although "a client list may be subject to confidential treatment under the Georgia Trade Secrets Act, the information itself is not inherently confidential." (Citations and punctuation omitted.) This is because **"[c]ustomers are not trade secrets**. Confidentiality is afforded only where the customer list is not generally known or ascertainable from other sources and was the subject of reasonable efforts to maintain its secrecy." (Citations omitted.) (Emphasis added).

In Georgia, an employee has the "right to take with him all the skill he has acquired, all the knowledge he has obtained, and all the information he has received, so long as no property of the employer is taken." Wolff v. Protege Sys., Inc., 234 Ga. App. 251, 254, 506 S.E.2d 429, 433 (1998) (citations omitted). In addition, "knowledge on the part of the employee concerning the names and addresses of customers is not the property of [the employer]. Id. at 254.

Here, the undisputed evidence is that the names of Rainwater's clients were known to him and, in many cases, longtime friends. See, e.g., Exhibit "5" (Declaration of Kevin Rainwater) and Exhibit "6" (various client declarations) to BlueChip's previously filed Motion for Summary Judgment (Doc. 199). Therefore,

this information does not constitute a trade secret of Mercer or otherwise belong to

Mercer.

Respectfully submitted this 11th day of June, 2026.

MCMICKLE, KUREY & BRANCH, LLP

*/s/ Casey D. Baker*
SCOTT W. MCMICKLE
Georgia Bar No. 497779
CASEY D. BAKER
Georgia Bar No. 236698
MICHAEL P. JOHNSON
Georgia Bar No. 395055

217 Roswell Street, Suite 200    *Attorneys for BlueChip Wealth Advisors, LLC*
Alpharetta, GA 30009
Telephone: 678-824-7800
Facsimile:  678-824-7801
swm@mkblawfirm.com
cbaker@mkblawfirm.com
mjohnson@mkblawfirm.com

3

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing **DEFENDANT BLUECHIP WEALTH ADVISORS, LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR TRANSCRIPT REDACTION** complies with the font and point selections approved by the Court in Local Rule 5.1C. This pleading has been prepared in Times New Roman font, 14 point.

This 11th day of June, 2026.

/s/ Casey D. Baker
CASEY D. BAKER
For the Firm

4

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this date I have served the foregoing **DEFENDANT BLUECHIP WEALTH ADVISORS, LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR TRANSCRIPT REDACTION** by filing same with the Clerk of the Court using the CM/ECF filing system, which will automatically send a notification attaching same thereon to all counsel of record as follows:

A. Shane Nichols
Jodi Benassi *(Admission Pro Hac Vice)*
MCDERMOTT WILL & EMERY, LLP
1180 Peachtree Street, NE, Suite 3350
Atlanta, GA 30309
shanenichols@mwe.com
jbenassi@mwe.com
*Attorneys for Plaintiff*

Brenton S. Bean
James D. Hughes
QUINTAIROS PRIETO WOOD & BOYER, P.A.
365 Northridge Road, Suite 365
Atlanta, GA 30350
brenton.bean@qpwblaw.com
james.hughes@qpwblaw.com
*Attorneys for Kevin Lamar Rainwater*

This 11th day of June, 2026.

/s/ Casey D. Baker
CASEY D. BAKER
For the Firm

5